COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Diana G. Offord v. Judge Brady Elliott, in His Official and Individual Capacity

Appellate case number:   01-12-00307-CV

Trial court case number:  10DCV185448A

Trial court:                    400th District Court of Fort Bend County

Appellant, Diana G. Offord, appeals from a judgment granting appellee's plea to the jurisdiction and dismissing appellant's claims with prejudice. Appellant timely filed her notice of appeal on October 6, 2011. *See* TEX. R. APP. P. 26.1(a). The clerk's record was filed on March 13, 2012. The reporter's record was due to be filed in this Court on March 30, 2012, but has not been filed.

On June 11, 2012, the court reporter responsible for preparing the record in this appeal informed the Court that appellant had not made arrangements to pay for the reporter's record. On January 11, 2013, the Clerk of this Court notified appellant that, based on the available information, the court reporter had not filed the reporter's record because appellant failed (1) to request a reporter's record or (2) to pay or make arrangements to pay for the reporter's record. *See* TEX. R. APP. P. 37.3(c). The Clerk further notified appellant that unless she provided proof of having paid or made payment arrangements for preparation of the reporter's record, or a response showing that she was exempt from paying for the reporter's record by January 31, 2013, the Court might consider and decide only those issues or points that do not require a reporter's record. *See id.*

Appellant has not provided the Court with proof showing that she has paid or made arrangements to pay the court reporter, or a response showing that she is exempt from payment. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Terry Jennings</u>
                  ☒ Acting individually    ☐ Acting for the Court

Date: September 24, 2013